[No. 60526-7-I.  Division One.  July 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02470-7, Mary Yu, J., entered August 27, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 60574-7-I.  Division One.  July 7, 2008.]

MARIA THOMAS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-2-00065-2, Susan K. Cook, J., entered August 16, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Leach, JJ.

[No. 61321-9-I.  Division One.  July 7, 2008.]

VINCENT PETER GRASSO, *Appellant*, v. TERRY ANTLES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-2-00879-8, C. James Lust, J., entered May 29, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 35602-3-II.  Division Two.  July 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DONAVON MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00531-4, Gary R. Tabor, J., entered October 20, 2006. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.